TONY WEST
Assistant Attorney General
Civil Division
KATHERINE E.M. GOETTEL (Iowa #23821)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4115
Fax: (202) 305-7000
E-mail: kate.goettel@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY DUNNE; AUDREY GRACE FITZSIMMONS,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY; ATTORNEY GENERAL ERIC H. HOLDER, JR.; IMMIGRATION AND CUSTOMS ENFORCEMENT; TIMOTHY S. AITKEN,<br><br>Defendants. | Case No. 3:10-cv-05636-EMC<br><br>STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER |

    Plaintiffs, by and through his attorneys of record, and Defendants, by and through their attorneys of record, stipulate to the following:

    1. Plaintiffs filed a complaint in this action on December 13, 2010. Plaintiffs perfected service on January 21, 2011. Without an extension, Defendants' deadline to answer or respond is March 22, 2011.

    2. The Defendants are in the process of gathering information and documents, and determining their position on this case, and require additional time to complete these tasks before filing an answer or responsive pleadings.

    3. Therefore, the parties hereby respectfully request this Court to order a thirty-day

STIPULATION FOR EXTENSION OF TIME
Case No. C 10-5636

1  extension of time within which the Defendants must serve its response in the above-entitled
2  action.  Defendants will file their response on or before April 21, 2011.

4  Respectfully submitted,

Dated: March 22, 2011          s/ Katherine E.M. Goettel
                               KATHERINE E.M. GOETTEL
                               Trial Attorney
                               United States Department of Justice
                               Civil Division
                               Office of Immigration Litigation
                               District Court Section
                               P.O. Box 868, Ben Franklin Station
                               Washington, D.C. 20044
                               (202) 532-4115
                               (202) 305-7000 (fax)
                               E-mail: kate.goettel@usdoj.gov

Dated: March 22, 2011          s/ James M. Byrne
                               Law Offices of James M. Byrne
                               1374 Pacific Avenue
                               San Francisco, CA 94109
                               415 777-4444
                               Fax: 415 777-0282
                               Email: jbyrne@byrne-law.net

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   March 22, 2011         _____
                               EDWARD M. CHEN
                               United States

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIPULATION FOR EXTENSION OF TIME
Case No. C 10-5636                        2

**CERTIFICATE OF SERVICE**

**I hereby certify** that on March 22, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify this document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

Dated: March 22, 2011          */s/  Katherine E.M. Goettel*
                                KATHERINE E.M. GOETTEL