```
TONY WEST
Assistant Attorney General
Civil Division
KATHERINE E.M. GOETTEL (Iowa #23821)
Trial Attorney
Office of Immigration Litigation
Civil Division, Justice Department
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044
Tel:  (202) 532-4115
Fax: (202) 305-7000
E-mail: kate.goettel@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY DUNNE; AUDREY GRACE FITZSIMMONS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DEPARTMENT OF HOMELAND SECURITY; ATTORNEY GENERAL ERIC H. HOLDER, JR.; IMMIGRATION AND CUSTOMS ENFORCEMENT; TIMOTHY S. AITKEN,<br><br>  Defendants. | Case No. 3:10-cv-05636-EMC<br><br>STIPULATION TO EXTEND DATES AND [PROPOSED] ORDER |

    Plaintiffs, by and through his attorneys of record, and Defendants, by and through their attorneys of record, stipulate to the following:

    1. Plaintiffs filed a complaint in this action on December 13, 2010.  Plaintiffs perfected service on January 21, 2011.  Defendants' original deadline to answer or respond was March 22, 2011.  This Court granted two extensions until May 12, 2011.

    2. The Defendants are still in the process of gathering information and documents, and determining their position on this case, and require additional time to complete these tasks before filing an answer or responsive pleadings.

    3. Therefore, the parties hereby respectfully request this Court to order a twenty-one day

STIPULATION FOR EXTENSION OF TIME
Case No. C 10-5636

1 extension of time within which the Defendants must serve their response in the above-entitled
2 action. Defendants will file their response on or before May 19, 2011.

4 Respectfully submitted,

6 Dated: May 11, 2011                    s/ Katherine E.M. Goettel
                                         KATHERINE E.M. GOETTEL
7                                        Trial Attorney
                                         United States Department of Justice
                                         Civil Division
8                                        Office of Immigration Litigation
                                         District Court Section
9                                        P.O. Box 868, Ben Franklin Station
                                         Washington, D.C. 20044
10                                       (202) 532-4115
                                         (202) 305-7000 (fax)
11                                       E-mail: kate.goettel@usdoj.gov

13 Dated: May 11, 2011                   s/ James M. Byrne
                                         JAMES M. BYRNE
14                                       Law Offices of James M. Byrne
                                         1374 Pacific Avenue
15                                       San Francisco, CA 94109
                                         415 777-4444
16                                       Fax: 415 777-0282
                                         Email: jbyrne@byrne-law.net

**ORDER**

21     Pursuant to stipulation, IT IS SO ORDERED.

24 Date:    May 12, 2011

                                         IT IS SO ORDERED
                                         Judge Jeffrey S. White

STIPULATION FOR EXTENSION OF TIME
Case No. C 10-5636

**CERTIFICATE OF SERVICE**

**I hereby certify** that on May 11, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify this document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

Dated: May 11, 2011                     */s/  Katherine E.M. Goettel*
                                        KATHERINE E.M. GOETTEL