IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY. DUNNE, et al., | |
| Plaintiffs, | No. C 10-05636 JSW |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

     This matter is set for a hearing on July 22, 2011 on the motion to dismiss counterclaims filed by Plaintiff and Counterclaim Defendant Lotes Company, Ltd. An opposition to shall be filed by no later than June 7, 2011 and a reply brief shall be filed by no later than June 14, 2011.

     If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

     **IT IS SO ORDERED.**

Dated: May 24, 2011

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE