```
JAMES M. BYRNE (SBN # 98038)
Law Offices of James M. Byrne
1374 Pacific Avenue
San Francisco, Ca 94109
(415) 777-4444; (415) 292-1414

Attorney for Plaintiffs,
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY DUNNE;<br>AUDREY GRACE FITZSIMMONS,<br><br>           Plaintiffs,<br><br>     vs.<br><br>DEPARTMENT OF HOMELAND<br>SECURITY; ATTORNEY GENERAL<br>ERIC H. HOLDER, Jr.; IMMIGRATION<br>AND CUSTOMS ENFORCEMENT;<br>TIMOTHY S. AITKEN,<br><br>           Defendants. | Case No. 3:10-cv05636-EMC<br><br>**STIPULATION TO EXTEND DATES,<br>RESCHEDULE HEARING DATE AND<br>AND [~~PROPOSED~~] ORDER**<br><br>Date:  July 22, 2011<br>Time:  9:00 a.m.<br>Place:  San Francisco Courthouse<br><br>The Honorable Jeffery S. White |

   Plaintiffs, by and through his and her attorney of record, and Defendants, by and through their attorneys of record, stipulate to the following:

   1. Defendants filed a motion to dismiss the Plaintiffs' original complaint.

   2. The parties hereby respectfully request this Court to order an extension of time which the Plaintiffs must serve their response to the above-mentioned motion to dismiss by June 20, 2011, with the Defendant's reply due by June 27, 2011.

   3. Also, the parties hereby respectfully request this Court to order that the hearing be moved from July 22, 2011 at 9A.M. to August 5, 2011 at 9A.M. due to the vacation plans of Plaintiffs' attorney.

1                                                                                                                                                      --

Respectfully submitted,
Dated: June 16, 2011

/s/James M. Byrne
JAMES M. BYRNE

Law Offices of James M. Byrne
1374 Pacific Avenue
San Francisco, CA 94109
(415) 777-4444
Fax: (415) 292-1414
Email: JByrne@byrne-law.net

Dated: June 16, 2011

/s/ Katherine E.M. Goettel
KATHERINE E.M. GOETTEL
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 688, Ben Franklin Station
Washington D.C. 20044
(202) 532-4115
Fax: (202) 305-7000
Email: kate.goettel@usdoj.gov

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Plaintiffs must submit their response on or before June 20, 2011. Defendants must submit a reply on or before June 27, 2011. The hearing is continued to September 16, 2011 at 9:00 a.m.

Date: June 17, 2011

~~EDWARD M. CHEN~~
~~United States Magistrate Judge~~

*[Signature: Jeffrey S. White]*
Judge Jeffrey S. White

STIPULATION FOR EXTENDED
Case No. C 10-5636