JAMES M. BYRNE (SBN # 98038)
Law Offices of James M. Byrne
1374 Pacific Avenue
San Francisco, Ca 94109
(415) 777-4444; (415) 292-1414

Attorney for Plaintiffs,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY DUNNE;<br>AUDREY GRACE FITZSIMMONS,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF HOMELAND SECURITY; ATTORNEY GENERAL ERIC H. HOLDER, Jr.; IMMIGRATION AND CUSTOMS ENFORCEMENT; TIMOTHY S. AITKEN,<br><br>Defendants. | Case No. 3:10-cv05636-EMC<br><br>**STIPULATION TO CONTINUE THE STATUS CONFERENCE TO A LATER DATE AND [PROPOSED] ORDER**<br><br>Date: September 16, 2011<br>Time: 9:00 a.m.<br>Place: San Francisco Courthouse, Courtroom 11, 19th Floor<br><br>The Honorable Jeffery S. White |

    Plaintiffs, by and through his and her attorney of record, and Defendants, by and through their attorneys of record, stipulate to the following:

    1. Pursuant to Fed. R. Civ. P. 16(b) and Civil L.R. 16-10, the above matter is scheduled for a Case Management Conference on July 15. 2011, at 1:30p.m., in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    2. Due to the vacation plan of the Plaintiffs' attorney, the parties hereby respectfully request this Court to order the Case Management Conference be moved from July 15, 2011 at 9A.M. to a date and time after August 4, 2011 that is convenient for the Court.

3. Further, the parties request the Court to allow Defendants' counsel to participate telephonically. Defendants' counsel resides in Washington, D.C., and telephonic participation would save the government money and time.

Respectfully submitted,
Dated: June 27, 2011                          /s/James M. Byrne
                                              JAMES M. BYRNE

                                              Law Offices of James M. Byrne
                                              1374 Pacific Avenue
                                              San Francisco, CA 94109
                                              (415) 777-4444
                                              Fax: (415) 292-1414
                                              Email: JByrne@byrne-law.net

Dated: June 27, 2011                          /s/ Katherine E.M. Goettel
                                              KATHERINE E.M. GOETTEL
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division
                                              Office of Immigration Litigation
                                              District Court Section
                                              P.O. Box 688, Ben Franklin Station
                                              Washington D.C. 20044
                                              (202) 532-4115
                                              Fax: (202) 305-7000
                                              Email: kate.goettel@usdoj.gov

## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The case management conference is set for September 30, 2011. Defendants' counsel may participate by telephone.

Date: _____

/s/ Jeffrey S. White
~~EDWARD M. CHEN~~
United States ~~Magistrate~~ Judge

## CERTICICATE OF SERVICE

**I hereby certify** that on June 28, 2011, I filed the foregoing document with the Clerk of the Court using CM/ECF. Also, I certify that this document is being served on all counsel of record.

Dated: June 28, 2011                    /s/James M. Byrne
                                         JAMES M. BYRNE